Filing # 25106498 E-Filed 03/19/2015 04:27:19 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CARLOS J. COLMAN, SR.,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,                          CIVIL DIVISION

    Defendant.                                   CASE NO.: 15-006666-CA-24

_____/

### COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **CARLOS J. COLMAN, SR.**, by and through the undersigned counsel, hereby sues the Defendant, **HOME DEPOT U.S.A., INC.**, and alleges:

1. This is an action for damages which exceed fifteen thousand dollars ($15,000.00) exclusive of interest and costs.

2. At all times material hereto, the Plaintiff, **CARLOS J. COLMAN, SR.**, was and is resident of Miami-Dade County, Florida and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **HOME DEPOT U.S.A., INC.**, was and is a company doing business in Miami, Miami-Dade County, Florida.

4. Venue is proper in Miami-Dade County as Defendant, **HOME DEPOT, U.S.A., INC.**, does business in Miami-Dade County, Florida and/or all of the acts complained of herein occurred in Miami-Dade County, Florida.

5. That on or about August 21, 2011, the Plaintiff, **CARLOS J. COLMAN**, was a business invitee of the Defendant, **HOME DEPOT U.S.A., INC.**



## COUNT I - NEGLIGENCE CLAIM AGAINST DEFENDANT, HOME DEPOT U.S.A., INC.

6.  Plaintiff re-alleges and restates the allegations as if fully set forth herein.

7.  That at all times material hereto and specifically on August 21, 2011, Defendant, **HOME DEPOT U.S.A., INC.**, owned, managed, controlled, operated, and/or maintained the premises located at 1245 NE 163rd St., Miami, Florida 33162, in Miami-Dade County.

8.  That on or about August 21, 2011, the Plaintiff, **CARLOS J. COLMAN**, went to Defendant, **HOME DEPOT U.S.A., INC.'s** premises, to pick up some flooring.

9.  That an employee at Defendant, **HOME DEPOT U.S.A., INC.**, loaded and/or assisted in loading Plaintiff's cart.

10. That an employee of Defendant, **HOME DEPOT U.S.A., INC.**, assisted Plaintiff, **CARLOS J. COLMAN**, in exiting the store, specifically including, but not limited to, taking the cart to Plaintiff, **CARLOS J. COLMAN's** vehicle.

11. Plaintiff, **CARLOS J. COLMAN**, followed the employee of Defendant, **HOME DEPOT U.S.A., INC.**, out of the store when the wheels of the cart got stuck in the exit doorway, causing the merchandise and/or cart to impact Plaintiff, **CARLOS J. COLMAN**, in his chest.

12. That Defendant, **HOME DEPOT, U.S.A., INC.**, owed to its business invitees a duty to provide a reasonably safe environment.

13. That Defendant, **HOME DEPOT, U.S.A., INC.**, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently acting and maintaining its premises in the following manner:

   a. By failing to recommend the proper cart to use for transporting flooring; and/or

   b. By loading and/or assisting in loading an unsuitable cart for Plaintiff;

   c. By attempting to leave the store with a cart unsuitable for the merchandise and susceptible to getting stuck in the exit doorway; and/or

   d. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's accident, to wit, negligently leaving the store with an unsuitable cart so that its wheels got stuck in the exit doorway; and/or

   e. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's accident; and/or

   f. By failing to place any marking or devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's accident; and/or

   g. By failing to correct the hazardous condition of the premises when the Defendant, **HOME DEPOT, U.S.A., INC.**, knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

   h. Was otherwise negligent in the care, maintenance, design, and/or upkeep of the premises so as to cause the Plaintiff's injury.

14. That Defendant, **HOME DEPOT, U.S.A., INC.**, knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the dangerous condition had

existed for a sufficient length of time that Defendant, **HOME DEPOT, U.S.A., INC.,** knew or should have known of the dangerous condition and could have easily remedied it.

15. As a direct and proximate result of the aforementioned negligence of the Defendant, **HOME DEPOT U.S.A., INC.,** the Plaintiff, **CARLOS J. COLMAN,** sustained severe, grievous and permanent injuries, physical and mental pain and suffering, grief, anguish, inability to lead a normal life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition and further incurred hospital bills, medical bills, and other bills as a result of said injuries; said injuries are either permanent or continuing in their nature and the Plaintiff, **CARLOS J. COLMAN** will suffer the losses in the future.

WHEREFORE, the Plaintiff, **CARLOS J. COLMAN, SR.,** hereby demands judgment for damages, costs and interest from the Defendant, **HOME DEPOT U.S.A., INC.,** together with whatever other relief the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

The Plaintiff, **CARLOS J. COLMAN, SR.,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: _____

                              **RUBENSTEIN LAW, P.A.**
                              Attorneys for Plaintiff
                              9155 South Dadeland Boulevard, Suite 1600
                              Miami, FL 33156
                              Tel: (305) 661-6000
                              Fax: (786) 230-2936
                              Email: gregory@rubensteinlaw.com
                                            ssalvatierra@rubensteinlaw.com
                                            eservice@rubensteinlaw.com

                              By:    */s/ Gregory Deutch* _____
                                      **GREGORY DEUTCH**
                                      Florida Bar No.: 30835