UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-21555-CIV-UNGARO/OTAZO-REYES

CARLOS COLMAN, SR.,

    Plaintiff,

v.

HOME DEPOT, U.S.A., INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon Non-Party Columna, Inc.'s ("Columna") Motion for Sanctions against Defendant Home Depot, U.S.A., Inc. ("Home Depot") [D.E. 21]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 23].

After a hearing held on November 30, 2015, the undersigned directed Columna to file a supplement to its Motion for Sanctions or a Notice of Stipulation re: Sanctions Amount if Home Depot and Columna (collectively, "Parties") were able to resolve the dispute over the sanctions amount [D.E. 29]. The Parties were unable to resolve this dispute, and Columna filed a supplement to its Motion for Sanctions, to which Home Depot responded. Columna sought $1,762.50 as sanctions to reimburse it for attorney time spent on seeking protection from Home Depot's unilaterally set deposition of its principal; and Home Depot contended that $750.00 should be a sufficient amount. Upon review of these submissions, it is

ORDERED AND ADJUDGED that Columna's Motion for Sanctions [D.E. 21] is GRANTED and Home Depot is directed to pay Non-Party Columna a total of **$1,500.00** as sanctions related to Home Depot's unilaterally set deposition of its principal.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of January, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Ursula Ungaro
      Counsel of Record